Robert S. Eaton (SBN 240761)
REaton@Mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY
AND POPEO, P.C.
5 Palo Alto Square, 4th Floor
3000 El Camino Real
Palo Alto, CA 94306-2155
Telephone: (650) 251-7700
Facsimile: (650) 251-7739

Timothy J. Langella
TJLangella@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY
AND POPEO P.C.
One Financial Center
Boston, MA 02111
Telephone: (617) 542-6000
Facsimile: (617) 542-2241

Attorneys for Plaintiff,
Jörg Paule Informationssysteme GmbH

Rodney G. Strickland, Jr. (SBN 161934)
rstrickland@wsgr.com
WILSON SONSINI GOODRICH & ROSATI,
P.C.
650 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 493-9300
Facsimile: (650) 493-6811

Attorney for Defendant,
Autodesk, Inc.

IT IS SO ORDERED
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JÖRG PAULE INFORMATIONSSYSTEME, GmbH, a German limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>AUTODESK, INC., a Delaware corporation,<br><br>Defendant, | Case No. CV-11-3247 JW<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Courtroom No. 9., 19th Floor<br>The Honorable Judge James Ware<br><br>Complaint Filed: June 30, 2011<br>Trial Date: None Set |

**STIPULATION**

IT IS HEREBY STIPULATED by and between plaintiff JÖRG PAULE INFORMATIONSSYSTEME, GmbH ("Plaintiff") on the one hand and defendant AUTODESK, INC. ("Defendant") (collectively, "the Parties") on the other, by and through their respective counsel, as follows:

WHEREAS, Plaintiff filed its Complaint in this matter on June 30, 2011 and the Initial Case Management Conference is scheduled for October 24, 2011 at 10:00 a.m.;

WHEREAS, the Parties agreed that Plaintiff would delay service of the Complaint on Defendant in order for the Parties to engage in good faith efforts to settle the dispute without burdening the Court with active litigation;

WHEREAS, Defendant accepted service of the Complaint on September 6, 2011 and the Parties stipulated that Defendant shall answer or otherwise respond to the Complaint by October 7, 2011;

WHEREAS, the stipulated date for Defendant to answer or otherwise respond to the Complaint does not leave the Parties adequate time to prepare for the October 24, 2011 Case Management Conference;

ACCORDINGLY, the Parties agree and stipulate as follows:

The Parties respectfully request that the Initial Case Management Conference currently scheduled in this case for October 24, 2011, be continued to November 14, 2011, at 10:00 a.m. according to the Proposed Order filed herewith.

SO STIPULATED.

---

JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE     Case No. CV-11-3247 JW

1

| | | |
|---|---|---|
| 1 | Dated: October 4, 2011 | Respectfully submitted, |
| 2 | | MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C. |

/s/ Robert S. Eaton
By:  ROBERT STURTEVANT EATON

Attorney for Plaintiffs,
Jörg Paule Informationssysteme GmbH

Dated: October 4, 2011          WILSON SONSINI GOODRICH & ROSATI

/s/ Rodney G. Strickland, Jr.
By:  RODNEY G. STRICKLAND, JR.

Attorneys for Defendant,
Autodesk, Inc.

2

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

Concurrence in filing of this document has been obtained from Rodney G. Strickland, Jr.

Dated: October 4, 2011          Respectfully submitted,

MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.


              /s/ Robert S. Eaton
By:   ROBERT STURTEVANT EATON

Attorney for Plaintiffs,
Jörg Paule Informationssysteme GmbH


Pursuant to the Joint Stipulation submitted by Plaintiff Jörg Paule Informationssysteme GmbH and Defendant Autodesk, Inc., the Initial Case Management Conference is hereby continued to November 14, 2011 at 10:00 a.m.

**IT IS SO ORDERED.**

Dated: October 6, 2011

_____
THE HONORABLE JAMES WARE
UNITED STATES MAGISTRATE

## CERTIFICATE OF SERVICE

I, ROBERT STURTEVANT EATON, Esq. hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on the date of filing.

/s/ Robert S. Eaton

5500473v.1