1  NADA I. SHAMONKI, State Bar No. 205359
   nshamonki@mintz.com
2  Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
   2029 Century Park East, Suite 1370
3  Los Angeles, California 90067
   Tel: (310) 586-3200
4  Fax: (310) 586-3202

5  *Attorneys for Plaintiff*
   JÖRG PAULE INFORMATIONSSYSTEME
6
   RODNEY G. STRICKLAND, JR., State Bar No. 161934
7  rstrickland@wsgr.com
   WILSON SONSINI GOODRICH & ROSATI
8  Professional Corporation
   650 Page Mill Road
9  Palo Alto, CA 94304-1050
   Telephone: (650) 493-9300
10 Facsimile: (650) 565-5100

11 Attorneys for Defendant
   AUTODESK, INC.
12

13

14                    UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

16                        SAN FRANCISCO DIVISION

17

18 | JÖRG PAULE                                  | ) CASE NO.: CV 11-3247-YGR
   | INFORMATIONSSYSTEME, GmbH, a                | )
19 | German limited liability company,           | ) **STIPULATION AND**
   |                                             | ) **ORDER SELECTING ALTERNATIVE**
20 |           Plaintiff,                        | ) **DISPUTE RESOLUTION PROCESS**
   |                                             | )
21 |      v.                                     | )
   |                                             | )
22 | AUTODESK, INC., a Delaware corporation,     | )
   |                                             | )
23 |           Defendant.                        | )
   |                                             | )
24

25      WHEREAS Counsel report that they have met and conferred regarding ADR and have

26 reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

27

28

---

STIPULATION AND [PROP] ORDER RE                                           4749291.1
ALTERNATIVE DISPUTE RESOLUTION
CASE NO. CV 11-3247 JW

1  The parties agree to participate in the following ADR process:

2      Court Processes:

3      ☐    Non-binding Arbitration (ADR L.R. 4)

4      ☐    Early Neutral Evaluation (ENE)  (ADR L.R. 5)

5      X    Mediation (ADR L.R. 6)

6      Private Process:

7      ☐    Private ADR (please identify process and provider)

8  _____

9  _____

10

11  The parties agree to hold the ADR session by:

12

13      X    the presumptive deadline (The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)

14      ☐    other requested deadline _____

15

16  Respectfully submitted,

17  Dated: January 17, 2012    **JÖRG PAULE INFORMATIONSSYSTEME GMBH**

18      By: /s/ Nada I. Shamonki
19          Counsel for Plaintiff

20  Dated: January 17, 2012    **AUTODESK, INC.**,

21      By: /s/ Rodney G. Strickland
22          Counsel for Defendant

---

STIPULATION AND ORDER RE ALTERNATIVE DISPUTE RESOLUTION
CASE NO. CV 11-3247 JW
-1-
4749291.1

**ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

- ☐ Non-binding Arbitration
- ☐ Early Neutral Evaluation (ENE)
- X  Mediation
- ☐ Private ADR

Deadline for ADR session

- X  90 days from the date of this order.
- ☐ other _____

IT IS SO ORDERED.

Dated: January 23, 2012

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE

**ECF CERTIFICATION**

I, Rodney G. Strickland, Jr., am the ECF User whose identification and password are being used to file this Stipulation and [Proposed] Order Selecting Alternative Dispute Resolution Process. I hereby attest that Nada I. Shamonki has concurred in this filing.

Dated: January 17, 2012

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: ___/s/ Rodney G. Strickland, Jr.___
      Rodney G. Strickland, Jr.

Attorneys for Defendant
AUTODESK, INC.