1  Nada I. Shamonki (SBN: 205359)
   MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.
2  2029 Century Park East, Suite 1370
   Los Angeles, California 90067
3  Tel:  (310) 586-3200
   Fax: (310) 586-3202
4  Email:  nshamonki@mintz.com

5  Timothy J. Langella (*Admitted Pro Hac Vice*)
   MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.
6  One Financial Center
   Boston, Massachusetts 02111
7  Tel:  (617) 542-6000
   Fax:  (617) 542-2241
8  Email:  tjlangella@mintz.com

9  *Attorneys for Plaintiff*
   *Jörg Paule Informationssysteme GmbH*
10

11 Rodney G. Strickland (SBN: 161934)
   Jessica L. Snorgrass (SBN: 259962)
   WILSON SONSINI GOODRICH & ROSATI
12 Professional Corporation
   650 Page Mill Road
13 Palo Alto, California 94304
   Tel:  (650) 493-9300
14 Fax:  (650) 493-6811
   Email:  rstrickland@wsgr.com; jsnorgrass@wsgr.com
15
   *Attorneys for Defendant Autodesk, Inc.*
16

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JÖRG PAULE INFORMATIONSSYSTEME, GmbH, a German limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>AUTODESK, INC., a Delaware corporation,<br><br>Defendant, | Case No. CV-11-03247-YGR<br><br>[~~PROPOSED~~] ORDER DISMISSING ACTION WITH PREJUDICE<br><br>Judge:         Hon. Yvonne Gonzalez Rogers<br>Action Filed:  June 30, 2011<br>Trial Date:    None set |

1
[~~PROPOSED~~] ORDER DISMISSING ACTION WITH PREJUDICE
Case No. CV-11-03247-YGR

1  In accordance with the Parties' stipulation, IT IS HEREBY ORDERED that this action is
2  dismissed with prejudice in its entirety, pursuant to Federal Rule of Civil Procedure 41(a)(1), with
3  each party to bear its own fees and costs of suit.

Dated: May 7, 2012

_____
Yvonne Gonzalez Rogers
United States District Court Judge